# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>            Plaintiff,<br><br>     v.<br><br>HICKMAN, et. al.,<br><br>            Defendants.<br>_____/ | CV F   06 0051 AWI SMS P<br><br>ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE (Doc. 9.) |

Anthony Turner ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 30, 2006, Plaintiff filed a pleading titled Motion for Order to Show Cause why a Temporary Restraining Order should not issue. Plaintiff then submits a proposed Order for the Court to sign.

Plaintiff's request is DENIED. As Plaintiff is well aware, the Court has yet to screen the case to determine whether it states a cognizable claim for relief. Thus, the Court declines to issue the Order to Show Cause requested by Plaintiff. Moreover, it is improper for Plaintiff to request an Order to Show Cause. Should Plaintiff wish to seek a Temporary Restraining Order, the proper procedure is to file a Motion. However, at this juncture in the case, the Court will not consider a Motion for a temporary restraining order as the Court has not yet decided whether the case states a cognizable claim for relief on which to proceed. This means that if Plaintiff files a Motion for a Temporary Restraining Order before the Court has determined that the Complaint

states a cognizable claim for relief, it will be denied as premature as the Court has no power to hear the matter in question if it does not have a "case" or "controversy" before it. <u>Rivera v. Freeman</u>, 469 F. 2d 1159, 1162-63 (9th Cir. 1972).

Accordingly, the Motion for an Order to Show Cause is DENIED.

IT IS SO ORDERED.

**Dated:   February 7, 2006**              /s/ Sandra M. Snyder
icido3                                                    UNITED STATES MAGISTRATE JUDGE