1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY R. TURNER,                    )          1:06-CV-00051-AWI-SMS-P
                                           )
12              Plaintiff,                 )          ORDER TO SUBMIT NEW APPLICATION
                                           )          TO PROCEED IN FORMA PAUPERIS AND
13                                         )          CERTIFIED COPY OF TRUST ACCOUNT
         vs.                               )          STATEMENT **OR** PAY FILING FEE
14                                         )
     HICKMAN, et al.,                      )
15                                         )
                                           )
16              Defendants.                )
                                           )
17

18          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20   However, plaintiff's application to proceed in forma pauperis did not include the required original

21   signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff has not filed

22   a certified copy of his prison trust account statement for the six month period immediately preceding the

23   filing of the complaint. See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit

24   a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or**

25   to pay the $250.00 filing fee.

26          Accordingly, IT IS HEREBY ORDERED that:

27              1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

28   pauperis.

1       2.   Within thirty days of the date of service of this order, plaintiff shall submit a

2    completed application to proceed in forma pauperis and a certified copy of his prison trust account

3    statement for the six month period immediately preceding the filing of the complaint, or in the

4    alternative, to pay the $250.00 filing fee for this action.  Failure to comply with this order will result in

5    a recommendation that this action be dismissed.

6    IT IS SO ORDERED.

7    **Dated:      March 14, 2006**                              **/s/ Sandra M. Snyder**
     b6edp0                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28